ENT JS-6

FILED
CLERK, U.S. DISTRICT COURT

APR - 3 2009

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MELISSA BORCK, ET AL., <br>            PLAINTIFF(S), <br><br> v. <br><br> CITY OF LOS ANGELES, ET AL., <br>            DEFENDANTS. | **CASE NUMBER** <br><br> **CV 99-11575-TJH(Ex)** <br><br><br> **JUDGMENT ON THE VERDICT** <br><br> **FOR PLAINTIFF** |

This action having been tried before the Court sitting with a jury, the Honorable TERRY J. HATTER, JR., District Judge, presiding;  the issues having been duly tried and the jury having duly rendered its verdict,

IT IS ORDERED AND ADJUDGED that the plaintiff(s)  MELISSA BORCK, recover of the defendants CITY OF LOS ANGELS, ET AL.,: the total amount of damages $2,312,439.00 **(Pursuant to the verdict filed April 1, 2009).**

Dated  April 3, 2009

at  10:03 A.M.

CLERK, U.S. DISTRICT COURT

By _____

       Deputy Clerk

cc:    Counsel of record

CV-44 (11/96)            JUDGMENT ON THE VERDICT FOR DEFENDANT(S)