ENT JS-6

*FILED CLERK, U.S. DISTRICT COURT*
*APR -3 2009*
*CENTRAL DISTRICT OF CALIFORNIA*
*BY ___ DEPUTY*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| MELISSA BORCK, ET AL.,<br>                   PLAINTIFF(S),<br>v.<br>CITY OF LOS ANGELES, ET AL.,<br>                   DEFENDANTS. | CASE NUMBER<br>CV 99-11575-TJH(Ex)<br><br>**AMENDED**<br>**JUDGMENT ON THE VERDICT**<br>**FOR PLAINTIFF** |
|---|---|

This action having been tried before the Court sitting with a jury, the Honorable **TERRY J. HATTER, JR.**, District Judge, presiding; the issues having been duly tried and the jury having duly rendered its verdict,

IT IS ORDERED AND ADJUDGED that the plaintiff(s) **MELISSA BORCK,**, recover of the defendants CITY OF LOS ANGELES, ET AL.,: the total amount of damages to be $2,312,439.00 **(Pursuant to the verdict filed April 1, 2009.)** Attorney fees and costs to be determined later.

Dated  April 3, 2009
at        10:00 A.M.

CLERK, U.S. DISTRICT COURT

By _/s/ Yolanda Skipper_

Yolanda Skipper, Deputy Clerk

cc:     Counsel of record