ENT JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

FILED
CLERK, U.S. DISTRICT COURT
APR -3 2009
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

| MELISSA BORCK, ET AL., <br> PLAINTIFF(S), <br> v. <br> CITY OF LOS ANGELES, ET AL., <br> DEFENDANTS. | CASE NUMBER <br> CV 99-11575-TJH(Ex) |
|---|---|
| | AMENDED JUDGMENT ON THE VERDICT FOR PLAINTIFF |

This action having been tried before the Court sitting with a jury, the Honorable <u>TERRY J. HATTER, JR.,</u> District Judge, presiding; the issues having been duly tried and the jury having duly rendered its verdict,

IT IS ORDERED AND ADJUDGED that the plaintiff(s) <u>MELISSA BORCK,</u> , recover of the defendants CITY OF LOS ANGELES, ET AL.,: the total amount of damages to be $2,312,439.00 **(Pursuant to the verdict filed April 1, 2009.)** Attorney fees and costs to be determined later.

Dated  April 3, 2009
at       10:00 A.M.

CLERK, U.S. DISTRICT COURT

By _____
Yolanda Skipper, Deputy Clerk

cc:   Counsel of record