UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

# THIS DOCUMENT CONTAINS NON-PUBLIC INFORMATION PURSUANT TO THE E-GOVERNMENT ACT OF 2002 AND IS RESTRICTED FROM PUBLIC VIEWING

G–97 (01/07)   NOT FOR PUBLIC VIEW