**FILED**

JUN 02 2010

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| MELISSA BORCK; et al., | No. 09-56712 |
| Plaintiffs - Appellees, | D.C. No. 2:99-cv-11575-TJH-E<br>Central District of California,<br>Los Angeles |
| v. | |
| CITY OF LOS ANGELES, | |
| Defendant - Appellant. | ORDER |

RECEIVED
CLERK, U.S. DISTRICT COURT

JUN - 2 2010

CENTRAL DISTRICT OF CALIFORNIA
BY                    DEPUTY

Pursuant to the court's May 20, 2010 order, this appeal is deemed dismissed voluntarily. Fed. R. App. P. 42(b).

This order served on the district court shall act as and for the mandate of this court.

FOR THE COURT

By: C. Lewis Ross
Circuit Mediator

CLR/Mediation